Samuel Lewis
E-05524  (Y-322-L)
P.O. Box: 689
Soledad, California
93960-0689

**RECEIVED**

JUL - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

June 30, 2008

Clerk of the Court
U.S. District Court
For the Northern District of California
450 Golden Gate Avenue
Box: 36060
San Francisco, California
94102

Re: Verification of Receipt of $5.00 Filing Fee in Case Number CV 08 2191(PR)JF.

Dear Clerk of the Court:

Would you please verify the receipt of the $5.00 Filing Fee in Case Number CV 08 2191(PR)JF.

Thank you very much for your time and consideration in this matter.

Respectfully,

*Samuel Lewis*



Samuel Lewis
E-05524  (Y-322-L)
P.O. Box: 689
Soledad, Ca
93960-0689

*******LEGAL MAIL*******

Clerk of the Court
United States District Court
For the Northern District of California
450 Golden Gate Avenue
Box:  36060
San Francisco, CA  94102